**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TSG8 SDB GROUP HOLDINGS L.P.,<br>Plaintiff,<br>v.<br>FERNANDO DE LEON, individually and in his capacity as trustee of the DE LEON 2020 IRREVOCABLE TRUST, LCG2 INVESTMENTS, LLC, LCG ALTERNATIVE HOLDINGS, LLC, LCG VARDIMAN BLACK, LLC, LHP DENTAL HOLDINGS, LLC, LEON CAPITAL GROUP, LLC, CHRISTOPHER SCALES, DANIEL HARRINGTON, and STUART MICHAEL SCHWARTZ,<br>Defendants. | ) | C.A. No. 1:26-cv-00350-RGA |

**STIPULATION AND [PROPOSED] ORDER GOVERNING ACCEPTANCE OF SERVICE OF THE AMENDED COMPLAINT AND RESPONSE TIME TO THE AMENDED COMPLAINT**

WHEREAS, on March 31, 2026, Defendant Fernando De Leon filed the Notice of Removal in this Action (D.I. 2), which attached the Amended Complaint filed by Plaintiff TSG8 SDB Group Holdings L.P.'s ("Plaintiff") in the Superior Court of Delaware (D.I. 4);

WHEREAS, on April 9, 2026, Plaintiff moved to remand this Action to the Superior Court of Delaware (D.I. 13);

WHEREAS, on May 5, 2026, counsel for Defendants Fernando De Leon, LCG2 Investments, LLC; LCG Alternative Holdings, LLC; LCG Vardiman Black,

LLC; and LHP Dental Holdings, LLC (the "Undersigned Defendants") agreed to accept service of the Amended Complaint subject to the parties agreeing on a date for the Undersigned Defendants to answer, move or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. The Undersigned Defendants hereby agree to accept service of the Amended Complaint.

2. The deadline for the Undersigned Defendants to answer, move or otherwise respond to the Amended Complaint is extended until the later of: (a) June 29, 2026, or (b) 21 days after the motion for remand is decided in the event the motion is denied.

Date: May 5, 2026

ROSS ARONSTAM & MORITZ LLP

*/s/ S. Reiko Rogozen*

Bradley R. Aronstam (Bar No. 5129)
S. Reiko Rogozen (Bar No. 6695)
Kevin A. Rudolph (Bar No. 7106)
Hercules Building
1313 N. Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
baronstam@ramllp.com
rrogozen@ramllp.com
krudolph@ramllp.com

*Of Counsel*:

Jennifer M. Selendy
David S. Flugman
Temidayo Aganga-Williams
Florian Loibl
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000

*Attorneys for Plaintiff TSG8 SDB Group Holdings L.P.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (Bar No. 4395)
Blake Rohrbacher (Bar No. 4750)
Danielle I. Bell (Bar No. 7367)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Of Counsel*:

Angela C. Zambrano
Penny P. Reid
Shelby G. Pierce
Hannah D. Foote
SIDLEY AUSTIN LLP
2323 Cedar Springs Rd, Suite 2600
Dallas, Texas 75201
(214) 981-3300

*Attorneys for Defendants LCG2 Investments, LLC; LCG Alternative Holdings, LLC; LCG Vardiman Black, LLC; and LHP Dental Holdings, LLC*

ABRAMS & BAYLISS LLP

*/s/ Eliezer Y. Feinstein*
A. Thompson Bayliss (Bar No. 4379)
Eliezer Y. Feinstein (Bar No. 6409)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
bayliss@abramsbayliss.com
feinstein@abramsbayliss.com

*Attorneys for Defendant Fernando De Leon*

SO ORDERED this ___ day of _________________, 2026.

_______________________________
Richard G. Andrews
United States District Judge