**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TSG8 SDB GROUP HOLDINGS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO DE LEON, individually and in his capacity as trustee of the DE LEON 2020 IRREVOCABLE TRUST, LCG2 INVESTMENTS, LLC, LCG ALTERNATIVE HOLDINGS, LLC, LCG VARDIMAN BLACK, LLC, LHP DENTAL HOLDINGS, LLC, LEON CAPITAL GROUP, LLC, CHRISTOPHER SCALES, DANIEL HARRINGTON, and STUART MICHAEL SCHWARTZ,<br><br>Defendants. | ) | C.A. No. 26-350-RGA |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, the appearance of Blake Rohrbacher, Esq. is hereby withdrawn as counsel of record on behalf of Defendant Leon Capital Group LLC. Blake Rohrbacher is no longer associated with the law firm of Richards, Layton & Finger, P.A. All other counsel of record from Richards, Layton & Finger, P.A. will continue to represent Defendant Leon Capital Group LLC in this action.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
Blake Rohrbacher (#4750)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
farnan@rlf.com
rohrbacher@rlf.com

Dated: July 1, 2026

*Counsel for Defendant Leon Capital Group LLC*